UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DRUGLOGIC, INC., <br><br> Defendant. | Case No.: C 11-0910 PSG <br><br> **ORDER SETTING DEADLINE FOR PARTIES EITHER TO FILE WRITTEN CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE OR TO REQUEST REASSIGNMENT TO A DISTRICT JUDGE** |

IT IS HEREBY ORDERED that no later than May 6, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: May 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER