1  Martin L. Fineman (California State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Phone: (415) 276-6500
   Fax: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  Peter Davis (*admitted pro hac vice*)
   WHITEFORD TAYLOR & PRESTON, LLP
6  7 St. Paul Street
   Baltimore, Maryland 21202-1636
7  Phone: (410) 347-8700
   Fax: (410) 223-4304
8  Email:  pdavis@wtplaw.com

9  Stephen A. Weitzman (*admitted pro hac vice*)
   4950 Reedy Brook Lane
10 Columbia, MD 21044
   Phone: 301-596-5564
11 Fax: 443-283-4177
   E-mail: saw5198@earthlink.net

12
   ***Attorneys for Defendant and Counter-Claimant***
13 ***DRUGLOGIC, INC.***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION,<br><br>　　　　　　Plaintiffs,<br>　v.<br>DRUGLOGIC, INC.,<br>　　　　　　Defendant.<br><br>DRUGLOGIC, INC.,<br>　　　　　　Counterclaimant,<br>　v.<br>ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and PHASE FORWARD, INC.<br>　　　　　　Counterclaim Defendants. | Case No. C 11-00910 JCS<br><br>**JOINT STIPULATION FOR DATE FOR DRUGLOGIC TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS** |

**STIPULATION FOR TIME FOR DRUGLOGIC TO FILE AMENDED COMPLAINT**
CASE NO. 11-CV-00910 JCS

DWT 18114871v1 0093218-000001

**JOINT STIPULATION FOR DATE FOR DRUGLOGIC TO FILE
FIRST AMENDED ANSWER AND COUNTERCLAIM**

Per the Court's request and Civil Local Rule 7-12, the parties hereby stipulate that DrugLogic, Inc. shall file its First Amended Answer and Counterclaims on or before September 2, 2011.

WHEREFORE, the parties hereby request that this Court set the deadline for DrugLogic, Inc. to file its First Amended Answer and Counterclaims on or before September 2, 2011.

Dated: August 26, 2011        Respectfully submitted,

/s/ Martin L. Fineman
Martin L. Fineman (California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

Peter Davis (*admitted pro hac vice*)
WHITEFORD TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202-1636
Phone: (410) 347-8700
Fax: (410) 223-4304
Email: pdavis@wtplaw.com

Stephen A. Weitzman (*admitted pro hac vice*)
4950 Reedy Brook Lane
Columbia, MD 21044
Phone: 301-596-5564
Fax: 443-283-4177
E-mail: saw5198@earthlink.net

***Attorneys for Defendant and Counter-Claimant
DRUGLOGIC, INC.***

AND

/s/ Christina Von der Ahe
Karen Johnson-McKewan (California State Bar No. 121570)
kjohnson-mckewan@orrick.com
Christina Von der Ahe (California State Bar No. 255467)
cvonderahe@orrick.com

```
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: (415) 773-5700
Fax: (415) 773-5759

I. Neel Chatterjee (California State Bar No. 173985)
nchatterjee@orrick.com
Michael C. Spillner (California State Bar No. 205785)
mspillner@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Fax: (650) 614-7401

Deborah K. Miller (California State Bar. No. 95527)
deborah.miller@oracle.com
Peggy E. Bruggman (California State Bar No. 184176)
peggy.bruggman@oracle.com
Lesley E. Kothe (California State Bar No. 209512)
lesley.kothe@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood City, California 94065
Telephone: (650) 506-5200
Fax: (650) 506-7114
```

*Attorneys for Oracle Corp., Oracle International Corp. and Phase Forward, Inc.*

**Attestation of Concurrence**

I, Martin L. Fineman, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 26, 2011                                    /s/ Martin L. Fineman

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ___08/29/11_____                    _____
                                                                The Honorable Joseph C. Spero

**STIPULATION FOR TIME FOR DRUGLOGIC TO FILE AMENDED ANSWER AND COUNTERCLAIM**
CASE NO. 11-CV-00910 JCS

- 3 -

DWT 18114871v1 0093218-000001