| | |
|---|---|
| 1 | KAREN JOHNSON-MCKEWAN (State Bar No. 121570) |
|   | kjohnson-mckewan@orrick.com |
| 2 | CHRISTINA VON DER AHE (State Bar No. 255467) |
|   | cvonderahe@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
|   | Telephone: (415) 773-5700 |
| 5 | Fax: (415) 773-5759 |
| 6 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   | nchatterjee@orrick.com |
|   | MICHAEL C. SPILLNER (State Bar No. 205785) |
| 7 | mspillner@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 1000 Marsh Road |
|   | Menlo Park, CA 94025 |
| 9 | Telephone: (650) 614-7400 |
|   | Fax: (650) 614-7401 |
| 10 | DEBORAH K. MILLER (State Bar No. 95527) |
|   | deborah.miller@oracle.com |
| 11 | PEGGY E. BRUGGMAN (State Bar No. 184176) |
|   | peggy.bruggman@oracle.com |
| 12 | LESLEY E. KOTHE (State Bar No. 209512) |
|   | lesley.kothe@oracle.com |
| 13 | ORACLE CORPORATION |
|   | 500 Oracle Parkway |
|   | Redwood City, CA 94065 |
| 14 | Telephone: (650) 506-5200 |
|   | Fax: (650) 506-7114 |
| 15 | |
|   | *Attorneys for Plaintiffs and Counterclaim Defendants* |
| 16 | *Oracle Corporation, Oracle International Corporation, and Phase Forward, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION, Plaintiffs, v. DRUGLOGIC, INC., Defendant. | Case No. C 11-00910 JCS <br><br> **[PROPOSED]** ORDER GRANTING STIPULATION REQUESTING THAT THE COURT MOVE THE SETTLEMENT CONFERENCE DATE |
| DRUGLOGIC, INC., Counterclaimant, v. ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and PHASE FORWARD, INC. Counterclaim Defendants. | |

CASE NO. 11-CV-00910 JCS
OHS WEST:261319325.1

1     The parties filed a stipulation requesting that the Court move the Settlement Conference in this case, currently scheduled for October 19, 2011, to November 2, 2011. The parties' stipulation further requested that the Court move the due date for Settlement Conference Statements from October 12, 2011 to October 26, 2011.

    The stipulation is hereby GRANTED for good cause. The Settlement Conference is now scheduled to occur on **November 2, 2011, at 9:30 a.m.**, in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Settlement Conference Statements shall be lodged with Magistrate Judge Corley's Chambers by **October 26, 2011**.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __September 1,___ 2011      _____
                                                                        Jacqueline Scott Corley
                                                                        United States Magistrate Judge

CASE NO. 11-cv-00910 JCS
OHS WEST:261319325.1