1  KAREN JOHNSON-MCKEWAN (State Bar No. 121570)
     kjohnson-mckewan@orrick.com
2  CHRISTINA VON DER AHE (State Bar No. 255467)
     cvonderahe@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
   Telephone: (415) 773-5700
5  Fax: (415) 773-5759

6  I. NEEL CHATTERJEE (State Bar No. 173985)
     nchatterjee@orrick.com
7  MICHAEL C. SPILLNER (State Bar No. 205785)
     mspillner@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Road
   Menlo Park, CA 94025
9  Telephone: (650) 614-7400
   Fax: (650) 614-7401

10 DEBORAH K. MILLER (State Bar No. 95527)
     deborah.miller@oracle.com
11 PEGGY E. BRUGGMAN (State Bar No. 184176)
     peggy.bruggman@oracle.com
12 LESLEY E. KOTHE (State Bar No. 209512)
     lesley.kothe@oracle.com
13 ORACLE CORPORATION
   500 Oracle Parkway
   Redwood City, CA 94065
14 Telephone: (650) 506-5200
   Fax: (650) 506-7114

15 *Attorneys for Plaintiffs and Counterclaim Defendants*
   *Oracle Corporation, Oracle International Corporation, and Oracle America, Inc.*
16

17         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION,<br>             Plaintiffs,<br>   v.<br>DRUGLOGIC, INC.,<br>             Defendant. | Case No. C 11-00910 JCS<br><br>**JOINT STIPULATION TO EXTEND ORACLE'S TIME TO RESPOND TO DRUGLOGIC, INC.'S AMENDED COUNTERCLAIMS** |
| DRUGLOGIC, INC.,<br>             Counterclaimant,<br>   v.<br>ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and ORACLE AMERICA, INC.<br>             Counterclaim Defendants. | |

OHS WEST:261341380.2

1  Pursuant to Civil Local Rule 6-1, the parties, by and through their counsel of record,

2  hereby stipulate to extend the time within which Plaintiffs / Counterclaim Defendants Oracle

3  Corporation, Oracle International Corporation, and Oracle America, Inc. (collectively, "Oracle")

4  may respond to Defendant / Counterclaimant DrugLogic, Inc.'s First Amended Answer,

5  Defenses, Counterclaims until **September 23, 2011**.

6  Respectfully submitted,

7  Dated: September 19, 2011

8  
| KAREN JOHNSON-MCKEWAN | PETER DAVIS |
| I. NEEL CHATTERJEE | STEVEN E. TILLER |
| MICHAEL C. SPILLNER | GREGORY M. STONE |
| CHRISTINA VON DER AHE | ERIN O. MILLAR |
| ORRICK, HERRINGTON | WHITEFORD TAYLOR & PRESTON, LLP |
| & SUTCLIFFE LLP | |

/ s/ Christina Von der Ahe          / s/ Peter Davis

By: Christina Von der Ahe          By: Peter Davis
*Attorneys for Plaintiffs / Counterclaim Defendants Oracle Corporation, Oracle International Corporation, and Oracle America, Inc.*          *Attorneys for Defendant / Counterclaimant DrugLogic, Inc.*

### Attestation of Concurrence

I, Christina Von der Ahe, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: September 19, 2011          /s/ *Christina Von der Ahe*

Dated: Sept. 21, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OHS WEST:261341380.2

- 2 -