|    |    |
|----|----|
| 1  | KAREN JOHNSON-MCKEWAN (State Bar No. 121570) |
|    | kjohnson-mckewan@orrick.com |
| 2  | CHRISTINA VON DER AHE (State Bar No. 255467) |
|    | cvonderahe@orrick.com |
| 3  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|    | The Orrick Building |
| 4  | 405 Howard Street |
|    | San Francisco, CA 94105-2669 |
| 5  | Telephone: (415) 773-5700 |
|    | Fax: (415) 773-5759 |
| 6  | I. NEEL CHATTERJEE (State Bar No. 173985) |
|    | nchatterjee@orrick.com |
| 7  | MICHAEL C. SPILLNER (State Bar No. 205785) |
|    | mspillner@orrick.com |
| 8  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|    | 1000 Marsh Road |
| 9  | Menlo Park, CA 94025 |
|    | Telephone: (650) 614-7400 |
|    | Fax: (650) 614-7401 |
| 10 | DEBORAH K. MILLER (State Bar No. 95527) |
|    | deborah.miller@oracle.com |
| 11 | PEGGY E. BRUGGMAN (State Bar No. 184176) |
|    | peggy.bruggman@oracle.com |
| 12 | LESLEY E. KOTHE (State Bar No. 209512) |
|    | lesley.kothe@oracle.com |
| 13 | ORACLE CORPORATION |
|    | 500 Oracle Parkway |
| 14 | Redwood City, CA 94065 |
|    | Telephone: (650) 506-5200 |
|    | Fax: (650) 506-7114 |
| 15 | *Attorneys for Plaintiffs and Counterclaim Defendants* |
| 16 | *Oracle Corporation, Oracle International Corporation, and Oracle America, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION, | Case No. C 11-00910 JCS |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING DRUGLOGIC TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |
| v. | |
| DRUGLOGIC, INC., | |
| Defendant. | |
| DRUGLOGIC, INC., | |
| Counterclaimant, | |
| v. | |
| ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and ORACLE AMERICA, INC. | |
| Counterclaim Defendants. | |

OHS WEST:261343756.1

WHEREAS, DrugLogic filed a First Amended Answer, Affirmative Defenses, and Counterclaims on September 2, 2011;

WHEREAS, Oracle's response to the First Amended Answer, Affirmative Defenses, and Counterclaims is due on September 23, 2011, and Oracle intends to file a motion to dismiss or strike certain of DrugLogic's affirmative defenses and counterclaims;

WHEREAS, the parties have met and conferred and agreed that in lieu of such a motion it would promote efficiency for DrugLogic to file a Second Amended Answer, Affirmative Defenses, and Counterclaims on or before September 23, 2011, and that Oracle's responsive pleading would be due 20 days thereafter;

NOW, THEREFORE, the parties stipulate as follows:

1. DrugLogic shall file its Second Amended Answer, Affirmative Defenses, and Counterclaims on or before **September 23, 2011**;

2. Oracle's response to the Second Amended Answer, Affirmative Defenses, and Counterclaims shall be due on or before **October 13, 2011**.

Respectfully submitted,

| ORRICK, HERRINGTON & SUTCLIFFE LLP | WHITEFORD TAYLOR & PRESTON, LLP |
|---|---|
| / s/ Christina Von der Ahe | / s/ Peter Davis |
| By: Christina Von der Ahe<br>*Attorneys for Plaintiffs / Counterclaim Defendants Oracle Corp., et al.* | By: Peter Davis<br>*Attorneys for Defendant / Counterclaimant DrugLogic, Inc.* |

I attest that I obtained concurrence in the filing of this document from DrugLogic's counsel.

Dated: September 21, 2011           /s/ *Christina Von der Ahe*

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated:  09/23/11

United S[...]

Judge Joseph C. Spero

- 2 -

OHS WEST:261343756.1