November 2, 2011

Hon. Magistrate-Judge Joseph C. Spero
United States District Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:     *Oracle Corporation, et al. v.DrugLogic, Inc*. – No. C11-00910 JCS

Dear Judge Spero:

    Defendant and Counterclaimant DrugLogic, Inc. hereby respectfully requests to participate in the Case Management Conference in the above-captioned matter, which is scheduled for Friday, November 4, 2011 at 1:30 p.m. via telephone.  We understand that the Court will initiate the call.  The telephone number is 410/729-4012.  Steven Tiller will participate for Drug Logic, Inc.

Respectfully Submitted,

| | |
|---|---|
| /s/ Martin L. Fineman | Stephen A. Weitzman (*pro hac vice* |
| Martin L. Fineman CSB No. 104413 | 4950 Reedy Brook Lane |
| DAVIS WRIGHT TREMAINE LLP | Columbia, MD 21044 |
| 505 Montgomery Street, Suite 800 | Phone: 301-596-5564 |
| San Francisco, CA  94111-6533 | Fax: 443-283-4177 |
| Phone: (415) 276-6575 | E-mail: saw5198@earthlink.net |
| Fax: (415) 276-6599 | |
| E-mail: martinfineman@dwt.com | Attorneys for Defendant and Counterclaimant DRUGLOGIC, INC. |
| | |
| Peter J. Davis | |
| Steven Tiller | |
| WHITEFORD, TAYLOR & PRESTON | DAted: 11/4/11 |
| Seven Saint Paul Street | |
| Baltimore, MD 21202 | |
| Phone: 410-347-8738 | |
| Fax: 410-223-4304 | |
| E-mail: pdavis@wtplaw.com | |
| | |
| Attorneys for Defendant and Counterclaimant DRUGLOGIC, INC. | |



IT IS SO ORDERED
Judge Joseph C. Spero