| | |
|---|---|
| 1 | KAREN JOHNSON-MCKEWAN (State Bar No. 121570) |
|   |   kjohnson-mckewan@orrick.com |
| 2 | I. NEEL CHATTERJEE (State Bar No. 173985) |
|   |   nchatterjee@orrick.com |
| 3 | MICHAEL C. SPILLNER (State Bar No. 205785) |
|   |   mspillner@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 5 | Menlo Park, CA  94025 |
|   | Telephone:  (650) 614-7400 |
| 6 | Fax:  (650) 614-7401 |
| 7 | *Attorneys for Plaintiffs and Counterclaim Respondents* |
|   | *Oracle Corp., Oracle Int'l Corp., and Oracle America, Inc.* |
| 8 | |
| 9 | PETER J. DAVIS *(Admitted pro hac vice)* |
|   | pdavis@wtplaw.com |
| 10 | STEVEN E. TILLER *(Admitted pro hac vice)* |
|   | stiller@wtplaw.com |
| 11 | WHITEFORD, TAYLOR & PRESTON |
|   | Seven Saint Paul Street |
| 12 | Baltimore, MD 21202 |
|   | Phone: 410-347-8738 |
| 13 | Fax: 410-223-4304 |
| 14 | *Attorneys for Defendant and Counterclaimant* |
|   | *DrugLogic, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION, | Case No. 11-cv-00910 JCS |
| 21 |           Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES** |
| 21 |    v. | |
| 22 | DRUGLOGIC, INC., | |
|    |           Defendant. | |
| 23 | | The Honorable Joseph C. Spero |
| 24 | DRUGLOGIC, INC., | |
|    |           Counterclaimant, | |
| 25 |    v. | |
| 26 | ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and ORACLE AMERICA, INC., | |
| 27 | | |
|    |           Counterclaim Defendants. | |
| 28 | | |

OHSWEST:261411097.1

1  The parties jointly request that certain deadlines in the Case Management and Pretrial Order be extended as set forth below. The parties submit that good cause exists for such extensions because the parties continue to engage in certain discovery which they believe will assist them in narrowing the scope of any claim construction hearing. These extensions will not affect the Court's current briefing schedule regarding claim construction or the date of any claim construction hearing. Accordingly, the parties, by and through their counsel of record, hereby stipulate and agree that:

1. The deadline date of December 14, 2011 for the Exchange of Preliminary Claim Construction and Extrinsic Evidence pursuant to Pat L.R. 4-2(a) and 4-2(b) be extended to January 11, 2012;

2. The deadline date of December 30, 2011 to amend pleadings or add parties be extended to January 27, 2012;

3. The deadline date of January 17, 2012 to file the Joint Claim Construction and Pre-hearing Statement pursuant to Pat L.R. 4-3 be extended to January 31, 2012;

4. The deadline date of February 22, 2012 for completion of claim construction discovery be extended to March 7, 2012.

**STIPULATED AND AGREED:**

Dated: December 2, 2011

| | |
|---|---|
| MICHAEL C. SPILLNER<br>ORRICK, HERRINGTON<br>& SUTCLIFFE LLP | STEVEN E. TILLER<br>WHITEFORD, TAYLOR & PRESTON |
| /s/ Michael C. Spillner /s/<br>Michael C. Spillner<br>Attorneys for Oracle Corp., Oracle Int'l Corp., and Oracle America, Inc. | /s/ Steven E. Tiller /s/<br>Steven E. Tiller<br>Attorneys for DrugLogic, Inc. |

*Concurrence in the filing of this document has been obtained pursuant to General Order 45.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/5/11

JOSEPH C. [SPERO]
United State[s Magistrate Judge]

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

OHSWEST:261411097.1