KAREN JOHNSON-MCKEWAN (State Bar No. 121570)
  kjohnson-mckewan@orrick.com
I. NEEL CHATTERJEE (State Bar No. 173985)
  nchatterjee@orrick.com
MICHAEL C. SPILLNER (State Bar No. 205785)
  mspillner@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Fax: (650) 614-7401

*Attorneys for Plaintiffs and Counterclaim Respondents
Oracle Corp., Oracle Int'l Corp., and Oracle America, Inc.*

PETER J. DAVIS *(Admitted pro hac vice)*
pdavis@wtplaw.com
STEVEN E. TILLER *(Admitted pro hac vice)*
stiller@wtplaw.com
WHITEFORD, TAYLOR & PRESTON
Seven Saint Paul Street
Baltimore, MD 21202
Phone: 410-347-8738
Fax: 410-223-4304

*Attorneys for Defendant and Counterclaimant
DrugLogic, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION,<br>　　　　　　Plaintiffs,<br>　v.<br>DRUGLOGIC, INC.,<br>　　　　　　Defendant. | Case No. 11-cv-00910 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING ORACLE LEAVE TO AMEND ITS ANSWER AND DEFENSES**<br><br>The Honorable Joseph C. Spero |
| DRUGLOGIC, INC.,<br>　　　　　　Counterclaimant,<br>　v.<br>ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and ORACLE AMERICA, INC.,<br>　　　　　　Counterclaim Defendants. | |

OHSWEST:261415888.1

The parties jointly request that Plaintiffs and Counterclaim Defendants Oracle Corporation, Oracle International Corporation, and Oracle America Inc. ("Oracle") be granted leave to amend their "Answer and Defenses to DrugLogic, Inc.'s Second Amended Counterclaims" ("Answer and Defenses"). Oracle filed its Answer and Defenses on November 30, 2011. The parties believe that an amendment will promote judicial economy by potentially avoiding motion practice relating to the sufficiency of Oracle's pleading. The amendment will not affect the Court's schedule. Accordingly, the parties, by and through their counsel of record, hereby stipulate and agree that:

    1.    Oracle may amend its Answer and Defenses by December 19, 2011.

**STIPULATED AND AGREED:**

Dated: December 9, 2011

| | |
|---|---|
| MICHAEL C. SPILLNER<br>ORRICK, HERRINGTON<br>& SUTCLIFFE LLP | STEVEN E. TILLER<br>WHITEFORD, TAYLOR & PRESTON |
| /s/ Michael C. Spillner /s/<br>Michael C. Spillner<br>Attorneys for Oracle Corp., Oracle Int'l Corp., and Oracle America, Inc. | /s/ Steven E. Tiller /s/<br>Steven E. Tiller<br>Attorneys for DrugLogic, Inc. |

*Concurrence in the filing of this document has been obtained pursuant to General Order 45.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/12/11

JOSEPH C. SPERO
United States [Magistrate Judge]

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

OHSWEST:261415888.1