1   KAREN JOHNSON-MCKEWAN (State Bar No. 121570)
      kjohnson-mckewan@orrick.com
2   I. NEEL CHATTERJEE (State Bar No. 173985)
      nchatterjee@orrick.com
3   MICHAEL C. SPILLNER (State Bar No. 205785)
      mspillner@orrick.com
4   CHRISTINA VON DER AHE (State Bar No. 255467)
      cvonderahe@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
6   Menlo Park, CA  94025
    Telephone:  (650) 614-7400
7   Fax:  (650) 614-7401

8   *Attorneys for Plaintiffs and Counterclaim Respondents*
    *Oracle Corporation, Oracle International Corporation, and*
9   *Oracle America, Inc.*

    PETER J. DAVIS (Admitted pro hac vice)
10    pdavis@wtplaw.com
    STEVEN E. TILLER (Admitted pro hac vice)
11    stiller@wtplaw.com
    GREGORY STONE (admitted pro hac vice)
12    gstone@wtplaw.com
    ERIN O. MILLAR (admitted pro hac vice)
13    emillar@wtplaw.com
    WHITEFORD, TAYLOR & PRESTON
14  Seven Saint Paul Street
    Baltimore, MD 21202
15  Phone: 410-347-8738
    Fax: 410-223-4304
16

17  *Attorneys for Defendant and Counterclaimant*
    *DrugLogic, Inc.*

UNITED STATES DISTRICT COURT

18      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION, | Case No. C 11-00910 JCS |
| 20                          Plaintiffs, | **STIPULATION AND [~~PROPOSED~~]** |
|           v. | **ORDER GRANTING LEAVE TO** |
| 21  DRUGLOGIC, INC., | **AMEND INVALIDITY AND** |
| 22                          Defendant. | **INFRINGEMENT CONTENTIONS** |
| 23  DRUGLOGIC, INC., | |
|                         Counterclaimant, | |
| 24           v. | |
| 25  ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and | The Honorable Joseph C. Spero |
| 26  ORACLE AMERICA, INC., | |
|                         Counterclaim Defendants. | |
| 27 | |

28

1    WHEREAS, Plaintiff/Counter-Defendant Oracle Corporation, Plaintiff/Counter-

2    Defendant Oracle International Corporation, Counter-Defendant Oracle America, Inc.

3    (collectively, "Oracle") and Defendant/Counterclaimant DrugLogic, Inc. ("DrugLogic")[1] served

4    their respective Infringement Contentions on September 8, 2011 (the "Infringement

5    Contentions"), and Invalidity Contentions on October 25, 2011 (the "Invalidity Contentions")

6    (collectively, the "Contentions").

7    WHEREAS, the Parties each have obtained additional discovery relating to their

8    Invalidity Contentions, including additional prior art and/or information regarding previously-

9    identified prior art references;

10    WHEREAS, the Parties each have obtained additional discovery relating to the

11    previously-accused products in their Infringement Contentions;

12    WHEREAS, the Parties were diligent in searching for prior art and in obtaining the

13    additional discovery, as well as in seeking to amend their respective Contentions; this case is near

14    the outset; discovery is in the early stages and claim construction is not set to take place for many

15    months; and the Parties agree that they will not be prejudiced by the proposed amendments by the

16    other Party;

17    NOW, THEREFORE, the Parties hereby stipulate by and through their counsel of record,

18    and jointly request pursuant to Patent Local Rule 3-6, as follows:

19    1.    The Parties each may amend their Invalidity Contentions to add additional prior art

20    and/or information regarding previously-identified prior art references by February 21, 2012; and

21

22

23

24

25

26

27

28

---

1. Oracle and DrugLogic shall be collectively referred to herein as the "Parties."

STIP AND PO GRANTING LEAVE TO AMEND
INVALIDITY AND INFRINGEMENT CONTENTIONS
CASE NO. 11-CV-00910 JCS

2.     The Parties each may amend their Infringement Contentions to add information regarding previously-accused products by February 21, 2012.

**STIPULATED AND AGREED:**

Dated:  January 27, 2012

Respectfully submitted,                          Respectfully submitted,

KAREN JOHNSON-MCKEWAN               PETER DAVIS
I. NEEL CHATTERJEE                             STEVEN E. TILLER
MICHAEL C. SPILLNER                           GREGORY STONE
CHRISTINA M. VON DER AHE               ERIN O. MILLAR
ORRICK, HERRINGTON & SUTCLIFFE   WHITEFORD TAYLOR & PRESTON LLP
LLP


/s/ Christina M. Von der Ahe /s/_____        /s/ Erin O. Millar /s/_____
Christina M. Von der Ahe                       Erin O. Millar

*Attorneys for Plaintiffs and Counterclaim*    *Attorneys for Defendant and Counterclaimant*
*Defendants Oracle Corp., Oracle Int'l Corp.,*  *DrugLogic, Inc.*
*and Oracle America, Inc.*

*Concurrence in the filing of this document has been obtained pursuant to General Order 45.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    January 31, 2012

Hon. Joseph C. S_____
United Sta____

Judge Joseph C. Spero

OHSWEST:261524863.1