1  KAREN JOHNSON-MCKEWAN (State Bar No. 121570)
    kjohnson-mckewan@orrick.com
2  I. NEEL CHATTERJEE (State Bar No. 173985)
    nchatterjee@orrick.com
3  MICHAEL C. SPILLNER (State Bar No. 205785)
    mspillner@orrick.com
4  CHRISTINA VON DER AHE (State Bar No. 255467)
    cvonderahe@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:  (650) 614-7400
7  Fax:  (650) 614-7401

8  *Attorneys for Plaintiffs and Counterclaim Respondents,
   Oracle Corporation, Oracle International Corporation, and
   Oracle America, Inc.*

9  **[Additional counsel listed on next page]**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION and ORACLE INTERNATIONAL CORPORATION,<br>      Plaintiffs,<br>    v.<br>DRUGLOGIC, INC.,<br>      Defendant. | Case No. C 11-00910 JCS<br><br>**AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT (PAT. L. R. 4-3)** |
| DRUGLOGIC, INC.,<br>      Counterclaimant,<br>    v.<br>ORACLE CORPORATION, ORACLE INTERNATIONAL CORPORATION, and ORACLE AMERICA, INC.<br>      Counterclaim Defendants. | |

DEBORAH K. MILLER (State Bar No. 95527)
 deborah.miller@oracle.com
PEGGY E. BRUGGMAN (State Bar No. 184176)
 peggy.bruggman@oracle.com
LESLEY E. KOTHE (State Bar No. 209512)
 lesley.kothe@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood City, CA 94065
Telephone: (650) 506-5200
Fax: (650) 506-7114

***Attorneys for Plaintiffs and Counterclaim Respondents,
Oracle Corporation, Oracle International Corporation, and Oracle America, Inc.***

MARTIN L. FINEMAN (California State Bar No. 104413)
martinfineman@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599

PETER DAVIS (*admitted pro hac vice*)
pdavis@wtplaw.com
STEVEN E. TILLER (*admitted pro hac vice*)
stiller@wtplaw.com
GREGORY STONE (*admitted pro hac vice*)
gstone@wtplaw.com
ERIN O. MILLAR (*admitted pro hac vice*)
emillar@wtplaw.com
WHITEFORD TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202-1636
Telephone: (410) 347-8700
Fax: (410) 223-4304

***Attorneys for Defendant and Counterclaimant,
DrugLogic, Inc.***

Pursuant to Patent Local Rule 4-3 and this Court's Stipulation and Order Extending Certain Case Management and Pretrial Order Deadlines dated December 5, 2011, *see* ECF No. 95, Plaintiffs/Counterclaim Defendants Oracle Corporation, Oracle International Corporation, and Oracle America, Inc. (collectively, "Oracle") and Defendant/Counterclaimant DrugLogic, Inc. ("DrugLogic") (collectively, the "Parties"), by and through their respective counsel, respectfully submit this Amended Joint Claim Construction and Prehearing Statement with respect to U.S. Pat. No. 6,684,221 ("the '221 Patent"), asserted by Oracle against DrugLogic, and U.S. Pat. No. 6,789,091 ("the '091 Patent"), asserted by DrugLogic against Oracle. Each of the Parties has made amendments to this Statement in order to clarify their respective positions with respect to the construction of certain terms and the evidence upon which each Party may rely in support thereof.

DrugLogic has asserted Claims 1-14 of the '091 Patent. Oracle originally asserted Claims 1-7, 12, 20-27, 32-36 and 58-65 of the '221 Patent. Oracle hereby withdraws Claims 60 and 61 of the '221 Patent.

**CONSTRUCTIONS OF CLAIM TERMS ON WHICH THE PARTIES AGREE**

The Parties agree to the construction of the following claim terms:

**'091 Patent:**

**"data regarding the risks of adverse effects"** shall be construed to mean "information reflecting occurrences of adverse events." [Claims 1, 8]

**"such data regarding the risks"** shall be construed to mean "such information reflecting occurrences of adverse events." [Claims 1, 8]

**"data . . . relevant to the safety of using the at least one drug [substance][1] of interest"** shall be construed to mean "information . . . reflecting occurrences of adverse events." [Claims 1, 8].

**"permitting the at least one remote user to display such data and analysis"** shall be construed to mean "permitting the at least one remote user to display previously stored

---

[1] Claims 1-7 of the '091 Patent relate to at least one "drug of interest" while Claims 8-14 of the '091 Patent relate to at least one "substance of interest." In all other respects, Claims 8-14 are identical to Claims 1-7 and thus, shall be construed in accordance with these constructions.

information reflecting occurrences of adverse events and results of the statistical analysis." [Claims 1, 8]

**"data mining engine"** shall be construed to mean "software that uses statistical algorithms to find patterns in large amounts of data." [Claims 2-6, 9-13]

**"a proportional analysis engine"** shall be construed to mean "an analysis tool that assesses, identifies, or looks for outliers among reactions for drugs [substances]." [Claims 3, 10]

**"proportional analysis engine"** shall be construed consistently with its construction in Claims 3 and 10. [Claims 6, 13]

**'221 Patent:**

**"clinical study"** shall be construed to mean "a research process by which clinical data is gathered in order to answer scientific questions and determine whether certain methods of prevention, diagnosis, and treatment are safe or effective." [Claims 1, 21, 22, 58, 62]

**"a hierarchy of relations"** shall be construed to mean "the organization of clinical terms according to degrees of more general and more specific terms." [Claims 1, 21, 22, 58, 62]

**"defining a plurality of relations corresponding to the clinical terms"** shall be construed to mean "specifying a plurality of relations between and among the clinical terms." [Claim 1]

**"match term"** shall be construed to mean "a term extracted from raw clinical data used to search the thesaurus." [Claims 2, 4, 6, 12, 21, 23, 24, 27, 35, 59, 63]

**"traversing the relations"** shall be construed to mean "using the relations to find associated terms." [Claims 2, 21, 59, 63]

**"derived term"** shall be construed to mean "a term in the thesaurus corresponding to a match term." [Claims 2, 3, 21, 24, 25, 59, 63]

**"variant term"** shall be construed to mean "a term in the thesaurus substantially similar to a match term." [Claims 4, 5]

**"candidate term group"** shall be construed to mean "a group of variant terms." [Claim 5]

**"verbatim study terms"** shall be construed to mean "exact words included in raw clinical data." [Claims 12, 34, 35, 36]

## PROPOSED CONSTRUCTIONS FOR DISPUTED CLAIM TERMS

The Parties provide proposed constructions for the claim terms that remain in dispute, together with an identification of references from the specifications or prosecution histories supporting those constructions and an identification of any extrinsic evidence currently known to the Parties upon which they intend to rely either to support their respective proposed constructions or to oppose the constructions proposed by the other Party. The Parties reserve the right to rely on any intrinsic or extrinsic evidence identified by the other Party in support of its proposed constructions as well as the right to rely on any evidence identified herein (intrinsic or extrinsic) as it relates to any of the disputed terms. The Parties further reserve the right to rely on any extrinsic evidence not currently known to the Party that is identified and disclosed to the other Party hereafter. The Parties believe that the construction of the claim terms identified in this Section will be most significant to the case.

In support of its proposed claim constructions set forth below, Oracle may offer the expert testimony of Steven Jolley, Principal of SJ Pharma Consulting. In addition to testifying as to his opinions on Oracle's proposed claim constructions and identified supporting evidence, the level of ordinary skill in the relevant art, and the meaning of disputed claim terms to one of ordinary skill in the relevant art, Mr. Jolley may also testify and provide his opinions on any claim constructions offered by DrugLogic and any opinions on claim construction offered by DrugLogic's expert.

In support of its proposed claim constructions set forth below, DrugLogic may offer the expert testimony of Dr. Robert C. Nelson, Chief Scientific Officer of Product Safety Assurance Services, Inc. In addition to testifying as to his opinions on DrugLogic's proposed claim constructions and identified supporting evidence, the level of ordinary skill in the relevant art, and the meaning of disputed claim terms to one of ordinary skill in the relevant art, Dr. Nelson may also testify and provide his opinions on any claim constructions offered by Oracle and any opinions on claim construction offered by Oracle's expert.

DrugLogic had not previously disclosed Dr. Nelson as its expert until it did so in a draft of this statement it sent to Oracle on January 31, 2012. Oracle reserves the right to object to Dr. Nelson having access to its confidential information.

The Parties have stipulated that expert testimony may be presented in declaration form during claim construction briefing, with reciprocal opportunities, promptly thereafter, and in no event less than two (2) weeks prior to the deadline for any responsive briefing, to question expert declarants in deposition. Thus, by agreement between the Parties, specific citation to expert testimony is not included in this filing. The Parties' proposed constructions of the disputed claim terms, phrases and clauses for the ten (10) most significant claim terms, phrases, and clauses are as follows:

| The '091 Patent | | |
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| "permitting at least one remote user to access such data through the World Wide Web"<br><br>[Claims 1, 8] | "permitting a user on one network to access the previously stored information residing on a different network through a series of Internet servers using a standard Web browser, without using special software or downloads"<br><br>Fig. 1.<br>Col. 5, l. 44 – Col. 6, l. 10.<br>Col. 6, ll. 42-62.<br>Col. 10, l. 18 – Col. 11, l. 55.<br>Col. 11, ll. 24-34.<br>Col. 11, ll. 45 – Col. 12, l.12.<br>Col. 12, ll. 37-47.<br>Col. 12, l. 55 – Col. 13, l. 51.<br>The Computer Glossary, 9th Edition (2001) p. 447, definition for "World Wide Web."<br>Dictionary of Computer and Internet Words (2001), p. 294, definition for "World Wide Web."<br>Newton's Telecom Dictionary, 17th edition (2001), p. 774, definition for "World Wide Web." | "permitting a user at one computer to access the information reflecting occurrences of adverse events on a different computer or server through a collection of web pages containing hyperlinks to other web pages and transmitted using TCP/IP or HTTP protocols"<br><br>Fig. 1.<br>Col. 5, l. 56 – Col. 6, l. 5. Col. 6, ll. 52-59.<br>Col. 6, l. 63 – Col. 7, l. 2. Col. 10, ll. 24-29.<br>Col 10, ll. 32-61.<br>Col. 11, ll. 13-15.<br>Col. 11, ll. 25-29.<br>Col. 11, ll. 45- 51.<br>Col. 11, ll. 55-61.<br>Col 12, ll. 38-43.<br>Col. 12, ll. 55-65.<br>Col. 13, ll. 10-15.<br>Col. 13, ll. 20-30.<br><br>Oracle's (including Relsys International, Inc. and Phase Forward, Inc.) marketing, |

| The '091 Patent |||
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | | advertising and promotional materials, Oracle's (including Relsys and Phase Forward) website, administrator manuals, user manuals, and release notes produced in discovery in this case describing its products as "web based" and other similar terms, including but not limited to OR-DL000007604-05; OR-DL000007856.<br><br>Webopedia, www.webopedia.com/DidYouKnow/Internet/2002/Web_vs_Internet.asp, January 31, 2012, definition of "World Wide Web."<br>The Tech Terms Computer Dictionary, www.techterms.com, January 11, 2012, definition of "remote user." |
| "permitting the at least one remote user to analyze safety issues"<br><br>[Claims 1, 8] | "permitting the at least one remote user to run a statistical analysis that finds 'signals' such as anomalies in a random population, changes against a known background, or coherent targets in a noise background"<br><br>Abstract.<br>Col. 4, ll. 41-49.<br>Col. 5, ll. 18-31.<br>Col. 6, ll. 11-34.<br>Col. 7, ll. 8-10.<br>Col. 8, ll. 45-57.<br>Col. 9, l. 51 – Col. 10, l. 10.<br>Col. 15, ll 40-53.<br>Col. 17, l. 34 – Col. 18, l. 33.<br>Col. 20, ll. 54-57.<br>Col. 21, ll. 3-22.<br>Col. 23, ll. 2-9.<br>Col. 23, ll. 13-23.<br>Col. 23, ll. 40-51.<br>'091 File History, Response and Amendment dated March | "permitting the at least one remote user to use statistical analysis to study safety issues"<br><br>Fig. 1.<br>Fig. 3-20.<br>Col. 5, ll. 18-30.<br>Col. 6, ll. 11-35.<br>Col. 6, ll. 52-54.<br>Col. 6, l. 63 – Col. 7, l. 2.<br>Col. 9, l. 50-Col. 10, l. 5.<br>Col. 10, ll. 24-29.<br>Col. 13, ll. 10-15.<br>Col. 15, ll. 9-35.<br>Col. 17, ll. 3-10.<br>Col. 17, ll. 24-41.<br>Col. 18, ll. 18-24.<br>Col. 18, ll. 48-57.<br>Col. 20, l. 54-Col. 21, l. 56.<br>Col. 24, ll. 1-30. |

| | The '091 Patent | |
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | 4, 2004, pp. 10-12.<br>Qscan Video, "Global View."<br>Qscan Video, "Logistic Regression."<br>Qscan Video, "Qscan 3.0." | Claims 15 and 16.<br><br>'091 File History, Response and Amendment dated March 4, 2004.<br><br>'091 File History, Notice of Allowance dated March 24, 2004.<br><br>The Tech Terms Computer Dictionary, www.techterms.com, January 11, 2012, definition of "remote user."<br>Dictionary.com, www.dictionary.reference.com, January 11, 2012, definition of "analyze."<br>Merriam-Webster's Online Dictionary, www.merriam-webster.com, January 11, 2012, definition of "analyze." |
| "associating respective hyperlinks with a plurality of portions of such data and analysis"<br><br>[Claims 1, 8] | "creating a plurality of links within web pages for some of the previously stored information and some of the results of the statistical analysis such that clicking on the information or results causes a user to jump to another web page"<br><br>Col. 5, ll. 55-65.<br>Col. 13, ll. 37-42.<br>Col. 15, ll. 6-8.<br>Col. 17, ll. 17-23.<br>Col. 17, ll. 61-64.<br>Col. 18, ll. 23-26.<br>Col. 21, ll. 12-16.<br>Col. 21, l. 65 – Col. 22, l. 5.<br>Col. 23, ll. 58-67.<br>Col. 24, ll. 32-24.<br>'091 File History, Response and Amendment dated March 4, 2004, pp. 11-12. | "Generating hyperlinks corresponding to subsets of the information reflecting the risks of adverse effects and the statistical analysis."<br><br>Col. 13, ll. 36-42.<br>Col. 18, ll. 24-26.<br>Col. 22, 23-41.<br>Col. 24, ll. 32-63.<br>Claims 15 and 16.<br><br>'091 File History, Response and Amendment dated March 4, 2004.<br><br>'091 File History, Notice of Allowance dated March 24, 2004.<br><br>The Tech Terms Computer Dictionary, |

| The '091 Patent | | |
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | Newton's Telecom Dictionary, 17th edition (2001), p. 60, definition for "associate." Newton's Telecom Dictionary, 17th edition (2001), p. 337, definitions for "hyperlink" and "hypertext." Qscan Video, "Global View" Qscan Video, "Logistic Regression." Qscan Video, "Qscan 3.0." | www.techterms.com, January 11, 2012, definition of "hyperlink." Webopedia, www.webopedia.com, January 11, 2012, definition of "hyperlink." Dictionary.com, www.dictionary.reference.com, March 15, 2012, definition of "associate." Merriam-Webster's Online Dictionary, www.merriam-webster.com, March 15, 2012, definition of "associate." |
| "hyperlinks . . . corresponding to places in an up and down hierarchy" [Claims 1, 8] | "such links . . . corresponding to different levels of a structured medical dictionary, such as MedDRA" Fig. 12. Fig. 17. Col. 12, ll. 20-29. Col. 14, ll. 40-51. Col. 17, ll. 43-53. Col. 17, l. 57 – Col. 18, l. 22. Col. 18, ll. 27-33. Col. 19, l. 66 – Col. 20, l. 18. '091 File History, Response and Amendment dated March 4, 2004, pp. 11-12. Qscan Video, "Global View" Qscan Video, "Logistic Regression." Qscan Video, "Qscan 3.0." | The plain meaning is readily apparent and no construction is needed. To the extent that construction is necessary, this term should be construed as "hyperlinks . . . corresponding to subsets of information of more or less specificity relative to one another" Fig. 1. Col. 17, ll. 48-54. Col. 17, l. 65 – Col. 18, l. 2. Col. 18, ll. 18-22. Col. 20, ll. 7-9. Col. 20, ll. 14-19. Col. 24, ll. 32-63. '091 File History, Response and Amendment dated March 4, 2004. '091 File History, Notice of Allowance dated March 24, 2004. The Tech Terms Computer Dictionary, www.techterms.com, January 11, 2012, definition of "hyperlink." Webopedia, |

| The '091 Patent | | |
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | | 11, 2012, definition of "hyperlink." <br><br> Dictionary.com, www.dictionary.reference.com, January 11, 2012, definition of "hierarchy." <br><br> Free On Line Dictionary of Computing, www.foldoc.com, January 11, 2012, definition of "hierarchy." |
| "allowing analytical drill down" <br><br> [Claims 1, 8] | "allowing a user to redo the analysis in real time at different levels of the hierarchy" <br><br> Fig. 12. <br> Fig. 17. <br> Col. 8, ll. 45-57. <br> Col. 9, l. 55 – Col. 10, l. 10. <br> Col. 17, l. 34 – Col. 18, l. 33. <br> Col. 23, ll. 13-51. <br> '091 File History, Response and Amendment dated March 4, 2004, pp. 11-12. <br> The Computer Glossary, 9th Edition (2001) p. 119, definition for "drill down." <br> Qscan Video, "Global View" <br> Qscan Video, "Logistic Regression." <br> Qscan Video, "Qscan 3.0." | "Allowing the user to further analyze data by accessing more detailed, narrow or granular information." <br><br> Col. 9, ll. 10-21. <br> Col. 9, ll. 22-28. <br> Col. 9, l. 66 – Col. 10, l. 5. <br> Col. 22, ll. 23-42. <br> Col. 23, ll. 40-51. <br><br> '091 File History, Response and Amendment dated March 4, 2004. <br><br> '091 File History, Notice of Allowance dated March 24, 2004. <br><br> Free On Line Dictionary of Computing, www.foldoc.com, January 11, 2012, definition of "drill down." <br><br> Wikipedia, www.wikipedia.com, January 11, 2012, definition of "drill down." <br><br> Oracle's (including Relsys International, Inc. and Phase Forward, Inc.) marketing, advertising and promotional materials, Oracle's (including Relsys and Phase Forward) website, administrator |

| The '091 Patent ||| 
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | | release notes produced in discovery in this case describing the term "drilldown", including but not limited to OR-DL000002654-55; OR-DL000003162-64. |
| "a comparator to measure the reactions to the at least one drug [substance] of interest against a user-defined backdrop"[Claims 4, 11]<br><br>"comparator"<br><br>[Claims 6, 13] | "an analysis tool that compares the potential adverse effects of a drug in the pre-market environment to the actual adverse effects of that drug in the post-market environment"<br><br>Fig. 20.<br>Col. 8, ll. 32-33.<br>Col. 24, ll. 23-31.<br>Col. 15, ll. 29-35. | "An application that compares the reactions to a particular drug of two user-defined data sets."<br><br>Col 15, ll. 29-35.<br>Col. 24, ll. 1-31.<br><br>Oracle's (including Relsys International, Inc. and Phase Forward, Inc.) marketing, advertising and promotional materials, Oracle's (including Relsys and Phase Forward) website, administrator manuals, user manuals, and release notes produced in discovery in this case describing a "comparator", including but not limited to OR-DL000002654-55; OR-DL000003162-64. |
| "a correlator to look for correlated signal characteristics among drug, reaction, and demographic information" [Claims 5, 12]<br><br>"correlator" [Claims 6, 13] | "an analysis tool that uses an algorithm to measure the degree of correlation between drug, reaction, and demographic information concurrently."<br><br>Fig. 1<br>Fig. 13<br>Fig. 14<br>Col. 5, ll. 27-29<br>Col. 20, ll. 65-67<br>Col. 21, ll. 1-67<br>Col. 22, ll. 1-22<br>Claims 5, 6, 12, 13 | **"correlator"** - "an analysis tool that measures the degree of association among pairs of values."<br><br>**"a correlator to look for correlated signal characteristics among drug, reaction, and demographic information"** - "an analysis tool that measures the degree of association among pairs of certain drug, reaction, and demographic values."<br><br>Fig. 1<br>Fig. 2<br>Fig. 13 |

AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
CASE NO. 11-CV-00910 JCS

| The '091 Patent | | |
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | | Fig. 14<br>Col. 20, ll. 65-67.<br>Col. 21, l. 1 – Col. 22, l. 22.<br>Claims 5, 6, 12 and 13. |

| The '221 Patent | | |
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| "clinical terms"<br><br>[Claims 1, 21, 22, 27, 58, 62] | The plain meaning is readily apparent and no construction is needed. To the extent that construction is necessary, this term should be construed as:<br><br>"terms pertaining to the study or observation of medical patients, such as terms in a medical dictionary"<br><br>Fig. 1<br>Fig. 2<br>Fig. 3<br>Fig. 7<br>Fig. 8<br>Col. 1, ll. 37-48.<br>Col. 2, ll. 6-14.<br>Col. 3, ll. 20-50.<br>Col. 3, l. 62 – Col. 4, l. 11.<br>Col. 4, ll. 12-24.<br>Col. 4, ll. 25-35.<br>Col. 5, ll. 9-14.<br>Col. 6, ll. 18-34.<br>Col. 6, ll. 63-67.<br>Col. 7, ll. 1-25.<br>Claims 39, 41, 42, and 43.<br>Webster's New Explorer Medical Dictionary, (1998), p. 122, definition for "clinical."<br>Black's Medical Dictionary, 39th Edition, (1999) p. 107, | "terms pertaining to the study or observation of medical patients."<br><br>Col. 1, ll. 38-47.<br>Col. 2, ll. 6-11.<br>Col. 4, ll. 12-35<br>Col. 5, ll. 9-14<br>Co. 6, ll. 29-35 |

| The '221 Patent |||
| --- | --- | --- |
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | definition for "clinical." | |
| "defining a plurality of clinical terms for use in conjunction with a clinical study"<br><br>[Claim 1] | The plain meaning is readily apparent and no construction is needed. To the extent that construction is necessary, this term should be construed as:<br><br>"choosing a plurality of terms pertaining to the study or observation of medical patients for use in conjunction with a clinical study"<br><br>Fig. 5<br>Fig. 6<br>Fig. 7<br>Col. 6, ll. 18-28.<br>Col. 7, ll. 1-25.<br>Col. 10, ll. 42-44.<br>Col. 13, ll. 18-19.<br>US-60-132925, at 143-146.<br>US-60-132925, at 343-44. | "developing a list of terms pertaining to the study or observation of medical patients used in connection with a particular clinical study."<br><br>Fig. 5<br>Fig. 6<br>Fig. 7<br>Col. 1, ll. 27-30.<br>Col. 1, ll. 38-47.<br>Col. 2, ll. 6-11.<br>Col. 6, ll. 18-35<br>Col. 7, ll. 1-19<br><br>Amendment After Final Rejection Under 37 C.F.R. § 1.116 filed June 13, 2003 by Applicant in Application no. 09/567,162.<br><br>Merriam-Webster's Online Dictionary, www.merriam-webster.com, January 11, 2012, definition for "clinical study."<br><br>www.clinicaltrials.gov, January 11, 2012, definition for "clinical study." |
| "verbatim clinical data"<br><br>[Claim 12] | The plain meaning is readily apparent and no construction is needed. To the extent that construction is necessary, this term should be construed as:<br><br>"raw information related to the study or observation of medical patients"<br><br>Fig. 1<br>Fig. 5<br>Fig. 6<br>Fig. 7<br>Fig. 8 | "exact word-for-word raw clinical data from a clinical study."<br><br>Fig. 1<br>Fig. 2<br>Fig. 5<br>Fig. 6<br>Fig. 7<br>Fig. 8<br>Col. 3, ll. 34-62.<br>Col. 6, ll. 29-35<br>Col. 7, ll. 29-34.<br><br>Merriam-Webster's Online Dictionary, www.merriam-webster.com, January 11, 2012, definition for |

| **The '221 Patent** | | |
|---|---|---|
| **Terms & Claims** | **Oracle's Proposed Construction** | **DrugLogic's Proposed Construction** |
| | Col. 2, ll. 6-14.<br>Col. 3, ll. 14-19.<br>Col. 3, ll. 33-62.<br>Col. 6, ll. 18-34.<br>Col. 7, ll. 19-25.<br>'221 File History, Amendment received June 13, 2003, at 6.<br>'221 File History, Amendment received December 2, 2002, at 5.<br>US-60-132925 at 296.<br>Webster's New Explorer Medical Dictionary, (1998), p. 122, definition for "clinical."<br>Black's Medical Dictionary, 39th Edition, (1999) p. 107, definition for "clinical." | "verbatim."<br><br>Dictionary.com, www.dictionary.reference.com, January 11, 2012, definition for "verbatim." |

Pursuant to Patent Local Rule 4-3(c), the Parties do not believe that any of the proposed constructions are case dispositive.

Oracle, however, believes that of the above disputed terms, construction of the following terms will be claim dispositive:

- "permitting at least one remote user to access such data through the World Wide Web"
- "associating respective hyperlinks with a plurality of portions of such data and analysis"
- "hyperlinks . . . corresponding to places in an up and down hierarchy"
- "allowing analytical drill down"
- "a comparator to measure the reactions to the at least one drug [substance] of interest against a user-defined backdrop"
- "a correlator to look for correlated signal characteristics among drug, reaction, and demographic information"

DrugLogic believes that of the above disputed terms, construction of the following term will be claim dispositive:

- "defining a plurality of clinical terms for use in conjunction with a clinical study"

Where the Parties have identified a term as "dispositive," the identifying Party does not concede that if the other Party's construction prevails, the identifying Party's products include the limitation as otherwise construed. Nor does the other Party concede that such terms are dispositive. The Parties' identification of terms that may be claim dispositive is based upon their current understanding of the Parties' written discovery responses, Infringement Contentions, and Invalidity Contentions served to date. The Parties reserve the right to identify further terms as claim dispositive as fact and expert discovery progresses and further reserve the right to amend or revise their proposed constructions as may be appropriate during the continuing claim construction process.

## **ANTICIPATED LENGTH OF TIME FOR HEARING**

The Parties anticipate that the claim construction hearing will last no longer than five (5) hours, which should be divided equally between Oracle, on the one hand, and DrugLogic, on the other.

## **WITNESSES AT CLAIM CONSTRUCTION HEARING**

At this time, the Parties do not believe that it will be necessary to call witnesses to testify at the claim construction hearing. Oracle reserves the right to call Steve Jolley while DrugLogic reserves the right to call Dr. Robert C. Nelson as expert witnesses at the claim construction hearing.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | Respectfully submitted, |
| 2 | KAREN JOHNSON-MCKEWAN<br>I. NEEL CHATTERJEE | MARTIN L. FINEMAN<br>DAVIS WRIGHT TREMAINE LLP |
| 3 | MICHAEL C. SPILLNER<br>CHRISTINA M. VON DER AHE | |
| 4 | ORRICK, HERRINGTON<br>   & SUTCLIFFE LLP | /s/ Martin L. Fineman<br>Martin L. Fineman |
| 5 | | |
| 6 | /s/ Michael C. Spillner<br>Michael C. Spillner | PETER DAVIS<br>STEVEN E. TILLER<br>GREGORY STONE |
| 7 | *Attorneys for Oracle Corp., Oracle Int'l* | ERIN O. MILLAR<br>WHITEFORD TAYLOR & PRESTON LLP |
| 8 | *Corp., and Oracle America, Inc.* | |
| 9 | | /s/ Erin O. Millar<br>Erin O. Millar |
| 10 | | |
| 11 | | *Attorneys for DrugLogic, Inc.* |

*Concurrence in the filing of this document has been obtained pursuant to General Order 45.*

Dated: March 19, 2012