# WHITEFORD, TAYLOR & PRESTON L.L.P.

STEVEN E. TILLER

DIRECT LINE (410) 347-9425
DIRECT FAX (410) 223-4325
stiller@wtplaw.com

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1636

MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092

BALTIMORE, MD
BETHESDA, MD
COLUMBIA, MD
DEARBORN, MI
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*

WWW.WTPLAW.COM
(800) 987-8705

September 13, 2012

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G
15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> **Re:   Request for Appearance by Telephone for Case Management Status Conference**
> **Case Name:** *Oracle Corp. et al v. DrugLogic, Inc.*
> **Case No.:** 11-cv-00910 JCS
> **Status Conference: September 21, 2012 at 1:30 p.m.**

Dear Judge Spero,

I am writing to request permission to attend the Case Management Status Conference scheduled for September 21, 2012 at 1:30 p.m. by telephone. I can be reached on a landline at (410) 347-9425 at the scheduled time. I have spoken with Karen Johnson-McKewan, counsel for Oracle, who does not object to my appearance by telephone.

IT IS HEREBY ORDRED THAT Mr. Tiller shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/14/12

SET:me

cc:   Karen Johnson-McKewan (via ECF)
      Neel Chatterjee (via ECF)
      Michael Spillner (via ECF)
      Christina Von de Ahe (via ECF)

Very truly yours,

/s/ *Steven E. Tiller*

Steven E. Tiller

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.
DWT 20353937v1 0093218-000001