1  Martin L. Fineman (California State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Phone: (415) 276-6500
   Fax: (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  Peter Davis (*admitted pro hac vice*)
   Steven E. Tiller (*admitted pro hac vice*)
6  Gregory Stone (*admitted pro hac vice*)
   Erin O. Millar (*admitted pro hac vice*)
7  WHITEFORD TAYLOR & PRESTON, LLP
   7 St. Paul Street
8  Baltimore, Maryland 21202-1636
   Phone: (410) 347-8700
9  Fax: (410) 223-4304
   Email:  pdavis@wtplaw.com
10 Email:  stiller@wtplaw.com
   Email:  gstone@wtplaw.com
11 Email:  emillar@wtplaw.com

12 *Attorneys for Defendant and Counter-Claimant*
   *DRUGLOGIC, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>DRUGLOGIC, INC.,<br>　　　　　　　Defendant.<br><br>DRUGLOGIC, INC.,<br>　　　　　　　Counterclaimant,<br>　v.<br>ORACLE CORPORATION *et al.*<br>　　　　　　　Counterclaim Defendants. | Case No. C 11-00910 JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING DRUGLOGIC, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER, CIVIL L.R. 79-5, AND GENERAL ORDER 62**<br><br><br>The Honorable Joseph C. Spero |

Before the Court is DrugLogic, Inc.'s Administrative Motion to File Under Seal Pursuant to Stipulated Protective Order, Civil L.R. 79-5, and General Order 62 ("Motion") filed on November 1, 2012. Having consider DrugLogic, Inc.'s Motion, the Declaration of Erin O. Millar in support thereof, and good cause appearing, **IT IS HEREBY ORDERED** that the following documents be accepted for filing with this Court under seal, in accordance with General Order 62:

> Appendices I and II to the [Proposed] Second Amended Disclosure of Asserted Claims and Infringement Contentions, attached to the Motion as Exhibit 2 to DrugLogic, Inc.'s Motion for Leave to Amend Infringement Contentions.

Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

**IT IS SO ORDERED.**

Dated:   November 2, 2012

_____
The Honorable Joseph C. Spero
U.S. Magistrate Judge