Martin L. Fineman (California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

Peter Davis (admitted *pro hac vice*)
Steven E. Tiller (admitted *pro hac vice*)
Gregory Stone (admitted *pro hac vice*)
Erin O. Millar (admitted *pro hac vice*)
WHITEFORD TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202-1636
Phone: (410) 347-8700
Fax: (410) 223-4304
Email:  pdavis@wtplaw.com
Email:  stiller@wtplaw.com
Email:  gstone@wtplaw.com
Email:  emillar@wtplaw.com

Stephen A. Weitzman (*admitted pro hac vice*)
4950 Reedy Brook Lane
Columbia, MD 21044
Phone: 301-596-5564
Fax: 443-283-4177
E-mail: saw5198@earthlink.net

Attorneys for Defendant and Counter-Claimant
DRUGLOGIC, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION *et al.*,<br><br>         Plaintiffs,<br>     v.<br>DRUGLOGIC, INC.,<br><br>         Defendant.<br><br>DRUGLOGIC, INC.,<br><br>         Counterclaimant,<br>     v.<br><br><br><br>ORACLE CORPORATION *et al.*<br><br>         Counterclaim Defendants. | Case No. C 11-00910 JCS<br><br>**LETTER REQUESTING APPEARANCE BY TELEPHONE ON DRUGLOGIC'S MOTION TO AMEND INFRINGEMENT CONTENTIONS**<br><br>Date:  December 7, 2012<br>Time:  9:30 a.m.<br>Department G<br><br>**The Honorable Joseph C. Spero** |

**ORACLE V. DRUG LOGIC – NO. 11-CV- 0910-JCS**
DWT 20691163v1 0093218-000001

**WHITEFORD, TAYLOR & PRESTON L.L.P.**
SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1636
MAIN TELEPHONE (410) 347-8700
FACSIMILE (410) 752-7092
STEVEN E. TILLER
DIRECT LINE (410) 347-9425
DIRECT FAX (410) 223-4325

stiller@wtplaw.com
BALTIMORE, MD
BETHESDA, MD
COLUMBIA, MD
DEARBORN, MI
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*
WWW.WTPLAW.COM
(800) 987-8705

November 21, 2012

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G
15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**  **Request for Appearance by Telephone for Hearing on DrugLogic's Motion to Amend Infringement Contentions**
        **Case Name:** *Oracle Corp. et al v. DrugLogic, Inc.*
        **Case No.: 11-cv-00910 JCS**
        **Hearing Date: December 7, 2012 at 9:30 a.m.**

Dear Judge Spero,

  I am writing to request permission to attend the Hearing on DrugLogic's Motion to Amend Infringement Contentions scheduled for December 7, 2012 at 9:30 a.m. by telephone. I can be reached on a landline at (410) 347-9425 at the scheduled time. I have spoken with Christina Von de Ahe, counsel for Oracle, who does not object to my appearance by telephone.

           Very truly yours,

           /s/ *Steven E. Tiller*
           Steven E. Tiller

cc: Karen Johnson-McKewan (via ECF)
Neel Chatterjee (via ECF)
Michael Spillner (via ECF)
Christina Von de Ahe (via ECF)

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

IT IS HEREBY ORDERED that Mr. Tiller shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 11/26/12