| | |
|---|---|
| 1 | Martin L. Fineman (California State Bar No. 104413) |
|   | DAVIS WRIGHT TREMAINE LLP |
| 2 | 505 Montgomery St., Suite 800 |
|   | San Francisco, California 94111-6533 |
| 3 | Phone: (415) 276-6500 |
|   | Fax: (415) 276-6599 |
| 4 | E-mail: martinfineman@dwt.com |
|   | |
| 5 | Peter Davis (*admitted pro hac vice*) |
|   | Steven E. Tiller (*admitted pro hac vice*) |
| 6 | Gregory Stone (*admitted pro hac vice*) |
|   | Erin O. Millar (*admitted pro hac vice*) |
| 7 | WHITEFORD TAYLOR & PRESTON, LLP |
|   | 7 St. Paul Street |
| 8 | Baltimore, Maryland 21202-1636 |
|   | Phone: (410) 347-8700 |
| 9 | Fax: (410) 223-4304 |
|   | Email: pdavis@wtplaw.com |
| 10 | Email: stiller@wtplaw.com |
|   | Email: gstone@wtplaw.com |
| 11 | Email: emillar@wtplaw.com |

*Attorneys for Defendant and Counter-Claimant*
***DRUGLOGIC, INC.***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION *et al.*, | Case No. C 11-00910 JCS |
| Plaintiffs, | |
| v. | **[PROPOSED]** **ORDER GRANTING DRUGLOGIC, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER, CIVIL L.R. 79-5, AND GENERAL ORDER 62** |
| DRUGLOGIC, INC., | |
| Defendant. | |
| DRUGLOGIC, INC., | |
| Counterclaimant, | |
| v. | |
| ORACLE CORPORATION *et al.* | The Honorable Joseph C. Spero |
| Counterclaim Defendants. | |

1   Before the Court is DrugLogic, Inc.'s Administrative Motion to File Under Seal Pursuant
2   to Stipulated Protective Order, Civil L.R. 79-5, and General Order 62 ("Motion") filed on
3   February 7, 2013.  Having considered DrugLogic, Inc.'s Motion, the Declaration of Erin O.
4   Millar in support thereof, and good cause appearing, **IT IS HEREBY ORDERED** that the
5   following documents be accepted for filing with this Court under seal, in accordance with
6   General Order 62:

7   Excerpts from the Expert Reports of Drs. Kahn and Nelson for Oracle's infringing
    product, Empirica Signal, and excerpts from the Second Amended Disclosure of
8   Asserted Claims and Infringement Contentions, which were attached as Exhibits
    B and C, respectively, to DrugLogic's Reply to Plaintiffs' Opposition to Motion
9   for Leave to Supplement Infringement Contentions filed on February 28, 2013.

10  Only this Court, court personnel, and interested parties to this case may inspect the
11  records sealed by this Order.

13  **IT IS SO ORDERED.**
14  Dated: 03/01/13

    _____
    The Hon. Joseph C. Spero
15  U.S. Magistrate Judge

24                                    2
25  CASE NO. 11-CV-00910 JCS        [PROPOSED] ORDER GRANTING DRUGLOGIC, INC.'S ADMINISTRATIVE
                                                MOTION TO FILE UNDER SEAL