# WHITEFORD, TAYLOR & PRESTON L.L.P.

| | SEVEN SAINT PAUL STREET<br>BALTIMORE, MARYLAND 21202-1636<br>MAIN TELEPHONE (410) 347-8700<br>FACSIMILE (410) 752-7092 | BALTIMORE, MD<br>BETHESDA, MD<br>COLUMBIA, MD<br>DEARBORN, MI<br>FALLS CHURCH, VA<br>TOWSON, MD<br>WASHINGTON, DC<br>WILMINGTON, DE* |
|---|---|---|
| STEVEN E. TILLER<br>DIRECT LINE (410) 347-9425<br>DIRECT FAX (410) 223-4325<br>stiller@wtplaw.com | | WWW.WTPLAW.COM<br>(800) 987-8705 |

March 8, 2013

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G
15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Request for Appearance by Telephone for Hearing on
            DrugLogic's Motion to Supplement Infringement Contentions
      Case Name:    *Oracle Corp. et al v. DrugLogic, Inc.*
      Case No.:        11-cv-00910 JCS
      Hearing Date:   March 15, 2013 at 9:30 a.m.

Dear Judge Spero,

      I am writing to request permission to attend the Hearing on DrugLogic's Motion to Supplement Infringement Contentions scheduled for March 15, 2013 at 9:30 a.m. by telephone. I can be reached on a landline at (410) 347-9425 at the scheduled time. Martin Fineman will be present at the hearing. I have spoken with Karen Johnson-McKewan, counsel for Oracle, who does not object to my appearance by telephone.

IT IS HEREBY ORDERED THAT Mr. Tiller shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 3/12/13

Very truly yours,

/s/ *Steven E. Tiller*

Steven E. Tiller

SET:me

cc:    Karen Johnson-McKewan
       Neel Chatterjee
       Michael Spillner
       Christina Von der Ahe



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

*Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.*