Martin L. Fineman (California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

Peter Davis (*admitted pro hac vice*)
Steven E. Tiller (*admitted pro hac vice*)
Erin O. Millar (*admitted pro hac vice*)
Gregory Stone (*admitted pro hac vice*)
WHITEFORD TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202-1636
Phone: (410) 347-8700
Fax: (410) 223-4304
Email:  pdavis@wtplaw.com
Email:  stiller@wtplaw.com
Email:  emillar@wtplaw.com
Email:  gstone@wtplaw.com

*Attorneys for Defendant and Counter-Claimant*
*DRUGLOGIC, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION *et al.*, <br><br>                    Plaintiffs, <br>     v. <br> DRUGLOGIC, INC., <br>                    Defendant. <br> DRUGLOGIC, INC., <br>                    Counterclaimant, <br>     v. <br> ORACLE CORPORATION *et al.* <br>                    Counterclaim Defendants. | Case No. C 11-00910 JCS <br><br> **THE PARTIES' STIPULATION TO SHORTEN TIME FOR THE COURT TO CONSIDER DRUGLOGIC'S MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSE** |

**STIPULATION**

PLEASE TAKE NOTICE that the Parties, Defendant/Counterclaim Plaintiff DrugLogic, Inc. ("DrugLogic") and Plaintiffs/Counterclaim Defendants Oracle Corporation, Oracle International Corporation, and Oracle America Inc. (collectively, "Oracle") hereby stipulate to an order shortening the time for the Court to consider DrugLogic's Motion to Extend Discovery for a Limited Purpose filed on April 5, 2010 ("Motion"). In this regard, the Parties respectfully request that the Court hear the Motion according to the following schedule:

- April 10, 2013 – Oracle's Opposition to DrugLogic's motion
- April 12, 2013 – DrugLogic's Reply in support of its motion
- Hearing to be scheduled at the Court's discretion, if necessary.

Respectfully submitted,

/s/ Erin O. Millar
Martin L. Fineman (California State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

Peter Davis (*admitted pro hac vice*)
Steven E. Tiller (*admitted pro hac vice*)
Erin O. Millar (*admitted pro hac vice*)
Gregory M. Stone (*admitted pro hac vice*)
WHITEFORD TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202-1636
Phone: (410) 347-8700
Fax: (410) 223-4304
Email: pdavis@wtplaw.com
Email: stiller@wtplaw.com
Email: emillar@wtplaw.com
Email: gstone@wtplaw.com

***Attorneys for Defendant and Counter-Claimant***

THE PARTIES' STIPULATION TO SHORTEN TIME FOR THE COURT TO CONSIDER
DRUGLOGIC'S MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSE

- 2 -

CASE NO. 11-CV-00910 JCS
DWT 21617657v1 0093218-000001

***DRUGLOGIC, INC.***

/s/ Christina Von de Ahe
_____

Karen Johnson-McKewan
kjohnson-mckewan@orick.com
Christina Von Der Ahe
cvonderahe@orick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

I. Neel Chatterjee
nchatterjee@orrick.com
Michael C. Spillner
mspillner@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025

Deborah K. Miller (California State Bar. No. 95527)
deborah.miller@oracle.com
Peggy E. Bruggman (California State Bar No. 184176)
peggy.bruggman@oracle.com
Lesley E. Kothe (California State Bar No. 209512)
lesley.kothe@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood City, California 94065

Dated: April 8, 2013

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

THE PARTIES' STIPULATION TO SHORTEN TIME FOR THE COURT TO CONSIDER
DRUGLOGIC'S MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSE

- 3 -

CASE NO. 11-CV-00910 JCS
DWT 21617657v1 0093218-000001

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2013 the foregoing

**STIPULATION TO SHORTEN TIME FOR THE COURT TO CONSIDER DRUGLOGIC'S MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSE**

was served on the following persons via first-class mail, postage prepaid and email:

> Karen Johnson-McKewan
> kjohnson-mckewan@orrick.com
> Christina Von Der Ahe
> cvonderahe@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA 94105-2669
>
> I. Neel Chatterjee
> nchatterjee@orrick.com
> Michael C. Spillner
> mspillner@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
>
> Deborah K. Miller (California State Bar. No. 95527)
> deborah.miller@oracle.com
> Peggy E. Bruggman (California State Bar No. 184176)
> peggy.bruggman@oracle.com
> Lesley E. Kothe (California State Bar No. 209512)
> lesley.kothe@oracle.com
> ORACLE CORPORATION
> 500 Oracle Parkway
> Redwood City, California 94065
>
> ***Attorneys for Oracle Corporation, Oracle International Corporation, and Phase Forward,***

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

>      /s/ Erin O. Millar
> ***Attorneys for Defendant and Counterclaimant, DRUGLOGIC, INC.***

THE PARTIES' STIPULATION TO SHORTEN TIME FOR THE COURT TO CONSIDER DRUGLOGIC'S MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSE

CASE NO. 11-CV-00910 JCS
DWT 21617657v1 0093218-000001

- 4 -