1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    ORACLE CORPORATION, et al.,              Case No.  C-11-00910 JCS

              Plaintiffs,
8
                                              **ORDER TO FILE UNDER SEAL**
9         v.                                  **COURT'S ORDER RE DRUGLOGIC'S**
                                              **MOTION TO EXCLUDE THE EXPERT**
10   DRUGLOGIC, INC.,                         **TESTIMONY OF BRIAN K. PERRY**
                                              **AND ORACLE'S MOTION FOR**
              Defendant.                      **SUMMARY JUDGMENT OF**
11                                            **COMPLAINT (DECLARATORY**
     DRUGLOGIC, INC.,                         **JUDGMENT OF NON-INFRINGEMENT**
12                                            **OF '091 PATENT)**
              Counterclaimant,
13
          v.
14
     ORACLE, CORP, INC., et al.,
15
              Counterclaim Defendants.
16

17

18          The Court hereby ORDERS that its October 16, 2013 Order [Docket No. 290] is under

19   seal.  The Court intends to publish the entire opinion in the public record within thirty (30) days of

20   the date of this Order.  If any party believes that the Court's opinion contains any confidential

21   information entitled to protection, that party shall file with the Court a declaration establishing

22   such entitlement and any proposed redactions not later than 21 days from the date of this Order.

23   The Court notes that the standard for sealing any portion of its opinion is high because of the

24   strong presumption in favor of public access that adheres to judicial documents. *Kamakana v.*

25   *City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  In the case of a decision on

26   the merits, a party can overcome this presumption only by articulating compelling reasons

27

28

United States District Court
Northern District of California

supported by specific facts. *Id*.

**IT IS SO ORDERED**

Dated: October 16, 2013

_____
Joseph C. Spero
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2