UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DRUGLOGIC, INC.,<br><br>    Defendant. | Case No. 11-cv-00910-JCS (JCS)<br><br>**ORDER RE REQUESTED REDACTIONS** |

The Court has reviewed the redactions proposed by Oracle Corporation to the Court's Order re Druglogic's Motion to Exclude the Expert Testimony of Brian K. Perry and Oracle's Motion for Summary Judgment of Complaint (Declaratory Judgment of Non-Infringement of '091 Patent) [Docket No. 290]. Oracle has demonstrated that there are compelling reasons for maintaining the confidentiality of the redacted information. Accordingly, Oracle's request is GRANTED. A public version of the order with the requested redactions will be filed by the Court.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge